```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

FILED
00 JAN 19 PM 1:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

SANDY SKURSTENIS,            }
                             }
     Plaintiff,             }
                             }    CIVIL ACTION NO.
v.                           }
                             }    98-AR-2295-S
SHERIFF JAMES JONES, et al., }
                             }
     Defendants.             }
                             }

ENTERED
JAN 19 2000

### MEMORANDUM OPINION

The court has for consideration a motion for summary judgment filed by defendant, T. O. Richey ("Richey"), on January 14, 2000, pursuant to special leave of court. If the court had any reason to believe that giving plaintiff the opportunity to respond to Richey's motion otherwise required by Rule 56, F.R.Civ.P., would assist the court, the court would employ its usual form of submission order. However, the court finds no reason to agree either with Richey's contention that he has standing to interpose the qualified immunity defense or with his argument that when the incident complained of occurred there was no clearly established law prohibiting a man's inspecting a woman inmate's pubic hair for possible lice infestation.

An appropriate separate order will be entered.
DONE this 19th day of January, 2000.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE

